820

No. 92–1904. GUILLORY *v.* PORT OF HOUSTON AUTHORITY. Sup. Ct. Tex. Certiorari denied.

No. 92–1905. RESIDENT COUNCIL OF ALLEN PARKWAY VILLAGE ET AL. *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1906. HARDAWAY CO. *v.* UNITED STATES DEPARTMENT OF THE ARMY CORPS OF ENGINEERS. C. A. 11th Cir. Certiorari denied.

No. 92–1907. HUNTINGTON BREAKERS APARTMENTS, LTD. *v.* C. W. DRIVER. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 92–1908. REDLIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–1909. CROUCH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1910. LETTIERI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–1912. TUCKER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–1913. OVERMYER *v.* BARR, TRUSTEE OF OVERMYER. C. A. 2d Cir. Certiorari denied.

No. 92–1914. LOTTIER *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 92–1915. YOUELL & COS. ET AL. *v.* GETTY OIL CO. ET AL. Sup. Ct. Tex. Certiorari denied.

No. 92–1916. FARLEY ET AL. *v.* COMMISSIONER, MAINE DEPARTMENT OF HUMAN SERVICES, ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 92–1917. BERTOLI *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.